# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2007

134750

ERIC A. BRAVERMAN, Successor
Personal Representative of the Estate
of Patricia Swann, Deceased,
            Plaintiff-Appellee,

v

GARDEN CITY HOSPITAL, a/k/a
GARDEN CITY HOSPITAL,
OSTEOPATHIC,
            Defendant-Appellant,
and

JOHN R. SCHAIRER, D.O., GARY
YASHINSKY, M.D., ABHINAV
RAINA, M.D., and PROVIDENCE
HOSPITAL AND MEDICAL CENTERS,
INC.,
            Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134750
COA: 264091
Wayne CC: 05-502345-NH

On order of the Court, the application for leave to appeal the June 5, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Braverman v Garden City Hospital* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2007

Clerk

11009